**Opinion filed January 20, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00269-CV
_____

## APRIL CAMPBELL, Appellant

## V.

## JOHN M. CAMPBELL, Appellee

**On Appeal from the 220th District Court**

**Comanche County, Texas**

**Trial Court Cause No. CCDV-08-170-08**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce. The trial court signed the decree on August 23, 2010. Appellant, April Campbell, has timely filed a notice of appeal and paid the required filing fee. Additionally, a reporter's record has been filed. However, a clerk's record has not been filed. We dismiss the appeal for want of prosecution.

The clerk of the trial court has notified this court that appellant has neither filed a written designation specifying the matters to be included in the clerk's record nor made arrangements to pay for the clerk's record. On October 19, 2010, the clerk of this court wrote appellant and requested that she forward proof that she had filed a designation of the clerk's record and made

arrangements to pay for the clerk's record. On November 19, 2010, the clerk of this court again wrote appellant and requested that she forward proof that she had filed a designation of the clerk's record by November 29, 2010, and had made arrangements to pay for the clerk's record by December 3, 2010. The clerk's letter of November 19, 2010, additionally informed appellant that the failure to provide the requested proof by the dates indicated could result in the dismissal of this appeal. There has been no response to the clerk's letter of November 19, 2010.

The failure to file the clerk's record appears to be due to appellant's acts and omissions. Therefore, pursuant to TEX. R. APP. P. 37.3(b) and 42.3(b), the appeal is dismissed for want of prosecution.


PER CURIAM


January 20, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2